# MMP&S

## MILBER MAKRIS PLOUSADIS & SEIDEN, LLP

**ATTORNEYS AT LAW**

1000 Woodbury Road      Suite 402      Woodbury, NY 11797
Telephone: 516.712.4000      Fax: 516.712.4013
www.milbermakris.com

August 8, 2024

**VIA ECF and**
**E-mail: chambersnysdseibel@nysd.uscourts.gov**

Hon. Cathy Seibel
United States Courthouse for the Southern District of New York
300 Quarropas Street, Courtroom 621
White Plains, New York 10601-4150

Re:   *Wayne Ballard v. The County of Rockland, Hon. Thomas E. Walsh II, et al.*
      Docket No.:  7:24-CV-02944 (CS)

Dear Judge Seibel:

This firm represents Defendant, County of Rockland ("the County") in the above-referenced action. This letter is submitted with the consent of all parties and in accordance with Your Honor's Individual Practice Rule, seeking a *third day adjournment* of the deadline to file Defendant, County of Rockland's Motions to Dismiss, until September 11, 2024.

This is Defendant's first request for adjournment of the current deadline of to file a Motion to Dismiss, current deadline is August 12, 2024.

The basis for the request is that Defendant, County of Rockland is interconnected with the remaining Defendants and for the purpose of judicial economy, consistency and scheduling conflicts we are requesting an adjournment for the same deadlines as Defendants Thomas E. Walsh, Peter Walker, and Matthew Wohl, which is September 11, 2024.

Please advise if the Court needs any further information. The Court's attention to this matter is greatly appreciated.

Respectfully submitted,

*[signature]*

Stuart P. Besen

SPB/aak/jma

cc:   **VIA ECF**
      Evan Brustein, Esq. evan@brusteinlaw.com
      Robert B. Weissman, Esq.- rweissman@skdwmlaw.com

The deadline to file Defendant's motion to dismiss is extended to September 11, 2024.

SO ORDERED.

*[signature]* 08/08/24
CATHY SEIBEL, U.S.D.J.

WOODBURY, NEW YORK   ▪   PURCHASE, NEW YORK

NEW JERSEY   ▪   CONNECTICUT   ▪   FLORIDA   ▪   PENNSYLVANIA