**SARETSKY KATZ DRANOFF WEISSMAN & MAYNARD, L.L.P.**

**565 Taxter Road, Suite 210**

**Elmsford, New York 10523**

TELEPHONE (212) 973-9797
FACSIMILE (212) 973-0939
E-MAIL: rweissman@skdwmlaw.com
www.skdllp.com

August 30, 2024

*VIA ECF*
Hon. Cathy Seibel
U.S. District Court, Southern District of New York
300 Quarropas Street, Courtroom 621
White Plains, New York 10601-4150

Re:   *Wayne Ballard v. The County of Rockland, Hon. Thomas E. Walsh II, et al.*
        Docket No.:  24-CV-02944 (CS)

Dear Judge Seibel:

On behalf of defendants Thomas E. Walsh, Peter Walker, and Matthew Wohl (jointly "The Individual Rockland Defendants"), I hereby join in the County of Rockland's application for an extension through October 1 of defendants' deadline to file our motions to dismiss plaintiffs' Second Amended Complaint. The current deadline for these motions is September 11. I am joining in this request because on August 13 my mother passed away as a result of the fall mentioned in my last letter, and I was sitting shiva thereafter. I also consent to plaintiff's proposed opposition deadline, as set forth in the County of Rockland's letter.

This is our second request for an extension of the motion deadline, all parties have consented and the parties have agreed to bundling for this motion. Thank you for your consideration.

Respectfully,

Robert B. Weissman

cc:    *VIA ECF*
        Evan Brustein, Esq  (Counsel for Wayne Ballard)
        Stuart Besen, Esq. (Counsel for the County of Rockland)

.