UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X

WAYNE BALLARD,

                             Plaintiff,

                    -against-

THE COUNTY OF ROCKLAND, HON. THOMAS E.
WALSH II, in his Official Capacity as District Attorney and
Individually, PETER WALKER, in his Official Capacity as
Chief Criminal Investigator and Individually, MATTHEW
WOHL, in his Official Capacity as Investigator and
Individually, and JOHN DOES 1-10 (Fictitious Names
Intended to be Additional Parties Not Yet Known, the
Identity and Number of Whom is Presently Unknown to
Plaintiff) in their Official Capacities and Individually,

                           Defendants.
---------------------------------------------------------------------------X

Docket No.:
24-CV-02944 (CS)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE**, that upon the annexed declaration of Robert B. Weissman, dated October 1, 2024, the annexed exhibits, the accompanying Memorandum of Law and all papers and proceedings heretofore had herein, defendants Thomas E. Walsh II, Peter Walker and Matthew Wohl ("the Individual Defendants"), by and through their attorneys Saretsky Katz Dranoff Weissman & Maynard, L.L.P., will move this Court at the Courthouse located at 300 Quarropas Street, White Plains, New York 10601, before the Honorable Cathy Seibel of the United States District Court, Southern District of New York on November 6, 2024 at 9:30 a.m. or as soon thereafter as counsel may be heard for an Order:

        (i) dismissing plaintiff's Second Amended Complaint as to the Individual
            Defendants; and

        (ii) granting such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE,** that pursuant to the Court's scheduling order,

answering papers, if any, are to be served upon the undersigned no later than October 23, 2024.

Dated:     Elmsford, N.Y.
           October 1, 2024           Saretsky Katz Dranoff Weissman & Maynard, L.L.P.
                                      Attorneys for the Individual Defendants

                     By: _____
                                   Robert B. Weissman

                                 565 Taxter Road, Suite 210
                                 Elmsford, New York 10523
                                 (212) 973-9797