UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
-------------------------------------------------------------------X  
Ballard,

                                Plaintiff(s)

**NOTICE OF COURT CONFERENCE**

7:24-CV-02944 (CS)

    -against-

County of Rockland et al,

                                Defendant(s).  
-------------------------------------------------------------------X

A Bench Ruling (as to the pending motion) is scheduled for **September 2, 2025 at 2:30 p.m.** before the Honorable Cathy Seibel at the Charles L. Brieant United States District Courthouse, 300 Quarropas Street, White Plains, New York 10601 in Courtroom 621.

                                            /s/ Walter Clark, Courtroom Deputy

Dated:   July 28, 2025  
          White Plains, New York