UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

WAYNE BALLARD,

                                      Plaintiff,

                - against -

THE COUNTY OF ROCKLAND, HON. THOMAS E.
WALSH II, in his Official Capacity as District Attorney
and Individually, PETER WALKER, in his Official
Capacity as Chief Criminal Investigator and Individually,
MATTHEW WOHL, in his Official Capacity as
Investigator and Individually, and JOHN DOES 1-10
(Fictitious Names Intended to be Additional Parties Not
Yet Known, the Identity and Number of Whom is
Presently Unknown to Plaintiff) in their Official
Capacities and Individually,

                                      Defendants.
------------------------------------------------------------------------X

**STIPULATION OF
VOLUNTARY
DISMISSAL**

Docket No.:
24-CV-02944 (CS)

        IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the

respective parties herein that,

        WHEREAS Plaintiff's claims against defendant the County of Rockland were dismissed

pursuant to a September 2, 2025 oral decision and order of the Honorable Cathy Seibel; and

        WHEREAS plaintiff and defendants Walsh, Walker and Wohl have resolved the

remainder of this action;

        PURSUANT TO F.R.C.P. 41(a), this action shall be, and hereby is, voluntarily dismissed

in its entirely with prejudice and without costs or legal fees to any party as against any other; and

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterpart and electronic or facsimile copies of signatures shall be deemed to be as binding as original signatures.

Dated:    April 22, 2026

| | |
|---|---|
| Brustein Law PLLC | Saretsky Katz Dranoff Weissman & Maynard, L.L.P. |
| Attorneys for Plaintiff | Attorneys for Defendants |
| Wayne Ballard | Thomas Walsh, Peter Walker and Matthew Wohl |

_____
Evan Brustein

_____
Robert B. Weissman

299 Broadway, Suite 800         565 Taxter Road, Suite 210
New York, New York 10007        Elmsford, New York 10523
(212) 233-3900                  (212) 973-9797

So Ordered:

_____
Cathy Seibel, D.J.